IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON


NOEL WOODARD,                                              No. 3:23-cv-01165-AR

              Plaintiff,                            ORDER

       v.

BOEING EMPLOYEE CREDIT UNION,
KAYE-SMITH ENTERPRISES, INC, and
DOES 1-100,

              Defendants.


HERNÁNDEZ, District Judge:

       Magistrate Judge Jeff Armistead issued a Findings and Recommendation on April 2, 2024, in which he recommends that the Court grant Plaintiff's Motion for Voluntary Dismissal of [Her Individual] Claims Against Boeing Employees' Credit Union ("BECU") with prejudice, grant in part and deny in part Plaintiff's Motion for Voluntary Dismissal of all her claims without prejudice, dismiss with prejudice Plaintiff's individual claims against BECU, dismiss without prejudice all of Plaintiff's other claims, and deny all other pending motions as moot. F&R, ECF

88. The matter is now before the Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, the Court is relieved of its obligation to review the record *de novo*. *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc); *see also United States v. Bernhardt*, 840 F.2d 1441, 1444 (9th Cir. 1988) (*de novo* review required only for portions of Magistrate Judge's report to which objections have been made). Having reviewed the legal principles *de novo*, the Court finds no error.

## CONCLUSION

The Court adopts Magistrate Judge Armistead's Findings and Recommendation, ECF 88. Accordingly, the Court GRANTS Plaintiff's Motion for Voluntary Dismissal of [Her Individual] Claims Against BECU with prejudice, ECF 83; GRANTS IN PART and DENIES IN PART Plaintiff's Motion for Voluntary Dismissal of all her claims without prejudice, ECF 77; DISMISSES with prejudice Plaintiff's individual claims against BECU, DISMISSES without prejudice all of Plaintiff's other claims, and DENIES all other pending motions as moot.

IT IS SO ORDERED.

DATED:    May 5, 2024    .

_____
MARCO A. HERNÁNDEZ
United States District Judge