IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

NOEL WOODARD,

          Plaintiff,

v.

BOEING EMPLOYEE CREDIT UNION,
KAYE-SMITH ENTERPRISES, INC, and
DOES 1-100,

          Defendants.

No. 3:23-cv-01165-AR

JUDGMENT

HERNÁNDEZ, District Judge:

Based on the record, IT IS ORDERED AND ADJUDGED that Plaintiff's individual claims against Boeing Employee Credit Union are dismissed with prejudice and all of Plaintiff's other claims are dismissed without prejudice. Pending motions, if any, are denied as moot.

DATED: _____May 5, 2024_____.

                                                              *Marco Hernández*
                                                              MARCO A. HERNÁNDEZ
                                                              United States District Judge